**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LAM, HOA H., | ) | Bankruptcy Case |
| | ) | No. 11-13911-BFK |
| Debtor. | ) | |
| | ) | Chapter 7 |

**ORDER GRANTING TRUSTEE'S MOTION TO**
**AUTHORIZE SALE OF PROMISSORY NOTE**

THIS MATTER having come before this Court upon chapter 7 trustee, H. Jason Gold's ("Trustee") Motion to Authorize Sale of Promissory Note ("Motion"); and upon consideration of the Motion and the proceedings before the Court on August 28, 2012; and it appearing that no objections to the Motion were filed; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Trustee's Motion is hereby granted.

2. Subject to final approval by the Court following a motion to approve the Private Sale[1], the Trustee is authorized to sell and transfer the Note either by Private Sale or in-Court auction, via the Restrictive Endorsement, and to assign the Financing Statements by the delivery of the executed UCC-3 Assignments.

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

H. Jason Gold, Va. Bar No. 19117
Alexander M. Laughlin, Va. Bar No. 25237
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800
*Counsel to the Chapter 7 Trustee*

Sep 4 2012

Dated: ________________, 2012

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

PREPARED BY:

Entered on Docket:9/5/2012

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
Phone: (703) 905-2800
Fax: (703) 905-2820

By: /s/ Rebecca L. Saitta
H. Jason Gold, Va. Bar No. 19117
Alexander M. Laughlin, Va. Bar No. 25237
Rebecca L. Saitta, Va. Bar No. 65408

*Counsel to the Chapter 7 Trustee*

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)(2)

I HEREBY CERTIFY that on August 30th, 2012, a copy of this Order was sent by first class mail, postage prepaid to all necessary parties:

Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

Tung V. Pham, President and Registered Agent
Applied Innovation Group, Inc.
1867 Little Orchard Street
San Jose, California 95125

Nancy Olszewski Ryan
Law Office of Nancy O. Ryan
8116 Arlington Boulevard #355
Falls Church, Virginia 22042-1002

/s/ Rebecca L. Saitta
Rebecca L. Saitta

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1(B)

Office of the US Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

H. Jason Gold
Alexander M. Laughlin
Rebecca L. Saitta
Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

Tung V. Pham, President and Registered Agent
Applied Innovation Group, Inc.
1867 Little Orchard Street
San Jose, California 95125

Nancy Olszewski Ryan
Law Office of Nancy O. Ryan
8116 Arlington Boulevard #355
Falls Church, Virginia 22042-1002